# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-250
Lower Tribunal No. F08-19012

————————

**Bruno Moxey,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Bruno Moxey, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.